## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JASON FETTER | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. No. 2:14-CV-02108-KSH-CLW |
| | § | |
| MAERSK LINE LIMITED, and | § | Judge Katharine S. Hayden |
| 3MC MOBILE & MECHANICAL | § | |
| REPAIR, LLC | § | |
| | § | |
| Defendants | § | |

## NOTICE OF APPEAL

Notice is hereby given that Jason Fetter, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the 3rd Circuit from the Opinion (DOC 125) and Order (DOC 126) entered in this action on the 27th day of January, 2020 granting Maersk Line, Limited and 3MC Mobile & Mechanical Repair LLC's Motion for Summary Judgment.

Respectfully submitted,

*/s/ Caj D. Boatright*

_____

**THE D'ONOFRIO FIRM LLC**
Louis F. D'Onofrio, Esquire (LD3898)
Heather K. D'Onofrio, Esquire (HD3416)
10 Beatty Road, Suite 200
Media, PA 19063
Telephone: (484) 443-8922
Facsimile: (484) 443-8132
Email: ldonofrio@donofriofirm.com
Email: hdonofrio@donofriofirm.com

**ARNOLD & ITKIN L.L.P.**
Kurt B. Arnold, Esquire
Admitted Pro Hac Vice

Caj D. Boatright
Admitted Pro Hac Vice

Roland Christensen
Admitted Pro Hac Vice

6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

Email: karnold@arnolditkin.com
Email: cboatright@arnolditkin.com
Email: rchristensen@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2019, I served the foregoing

document on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Caj Boatright*

_____
Caj Boatright