UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-1426
_____

JASON FETTER,
Appellant

v.

MAERSK LINE LIMITED; 3MC MOBILE & MECHANICAL REPAIR, LLC
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-14-cv-2108)
District Judge: Hon. Katharine S. Hayden
_____

Argued
May 14, 2021

Before: McKEE, JORDAN, and FUENTES, *Circuit Judges.*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on May 14, 2020.  On consideration whereof,

2

      It is now hereby ORDERED and ADJUDGED that the Judgment of the District Court entered on January 27, 2020 is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Each party to bear its own costs.

                                ATTESTED:

                                s/Patricia S. Dodszuweit
                                Clerk

DATE:  July 15, 2021

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

July 15, 2021

Micajah D. Boatright, Esq.
Arnold & Itkin
6009 Memorial Drive
Houston, TX 77007

Andrew R. Gould, Esq.
Arnold & Itkin
6009 Memorial Drive
Houston, TX 77007

Joseph J. Perrone, Esq.
Giuliano McDonnell & Perrone
170 Old Country Road
Suite 608
Mineola, NY 11501

John J. Walsh, Esq.
Freehill Hogan & Mahar
80 Pine Street
25th Floor
New York, NY 10005


RE: Jason Fetter v. Maersk Line Ltd, et al
Case Number: 20-1426
District Court Case Number: 2-14-cv-02108

ENTRY OF JUDGMENT

Today, **July 15, 2021** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,


s/Patricia S. Dodszuweit,
Clerk


By: Stephanie
Case Manager
267-299-4926